**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KEVIN RAY PEARCY,**
**ADC #146408**                                                                                       **PLAINTIFF**

V.                          CASE NO. 5:15-CV-00396 BRW/BD

**RANDY WATSON**                                                                              **DEFENDANT**

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition, and Mr. Pearcy has not filed an objection. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Pearcy's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's January 4, 2016 Order.

IT IS SO ORDERED, this 4th day of March, 2016.


                                /s/Billy Roy Wilson
                                UNITED STATES DISTRICT JUDGE