# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KEVIN RAY PEARCY,**
**ADC #146408**                                                                                        **PLAINTIFF**

V.                          CASE NO. 5:15-CV-00396 BRW/BD

**RANDY WATSON**                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of March, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE